Case 10-53293    Filed 03/16/11    Doc 18

2010-53293
FILED
March 16, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003350776

Thomas A. Aceituno
PO Box 189
Folsom, CA  95763-0189
Telephone:    (916) 985-6486
Email:  trustee@acetrustee.com

Bankruptcy Trustee

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re, | Case No. 10-53293-C-7 |
| CASEY KONSTANTIN SERIN | |
| Debtor(s) | DCN:  TAA-1 |

ORDER ON MOTION TO DISMISS FOR FAILURE TO APPEAR

AT SEC. 341(a) MEETING OF CREDITORS

The Debtor having been given notice of the Trustee's Motion to Dismiss for Failure to Appear at Sec. 341(a) Meeting of Creditors and the court receiving no response thereto, the court hereby grants the motion.  The case is hereby dismissed.

Dated: March 16, 2011

_____
United States Bankruptcy Judge

RECEIVED
March 16, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003350776